1    MARC M. SELTZER (54534)
    mseltzer@susmangodfrey.com
2    SUSMAN GODFREY L.L.P.
    1901 Avenue of the Stars, Suite 950
3    Los Angeles, CA 90067-6029
    Phone: (310) 789-3100
4    Fax: (310) 789-3150

5    Attorney for Plaintiff Cascades Projection LLC

6    (See Signature Page for Names and Addresses
    of Additional Counsel for Plaintiff)
7

8

               **UNITED STATES DISTRICT COURT**
9

10           **CENTRAL DISTRICT OF CALIFORNIA**

11    CASCADES PROJECTION LLC,      Case No. 2:15-CV-00274

12          Plaintiff,

                              **COMPLAINT FOR PATENT**
13    vs.                                 **INFRINGEMENT**

14    SONY CORPORATION OF AMERICA,    DEMAND FOR JURY TRIAL
    INC. and SONY ELECTRONICS, INC.,
15

16          Defendants.

17

18        Plaintiff Cascades Projection LLC ("Cascades"), by its undersigned attorney,

19    for its complaint against defendants Sony Corporation of America and Sony

20    Electronics Inc. (collectively, "Sony"), hereby alleges as follows:

21        1.     This is an action for patent infringement arising under the patent laws

    of the United States, Title 35 of the United States Code.
22

23                                **PARTIES**

24        2.     Plaintiff Cascades is an Illinois limited liability company having its

25    principal place of business at 500 Skokie Boulevard, Suite 250, Northbrook, IL

26    60062. Cascades is the exclusive licensee and holder of all substantial rights to

27    U.S. Patent Number 7,688,347 ("the '347 patent").

28        3.     Defendant Sony Corporation of America, Inc. is a corporation
    organized and existing under the laws of New York, with its principal place of

3488246v1/014268

1   business located in New York, New York.  Sony Corporation of America transacts

2   substantial business, either directly or through its agents, on an ongoing basis in this

3   judicial district and elsewhere in the United States.

4        4.   Defendant Sony Electronics, Inc. is a corporation organized and

5   existing under the laws of Delaware, with its principal place of business located in

6   San Diego, California.   Sony Electronics transacts substantial business, either

7   directly or through its agents, on an ongoing basis in this judicial district and

8   elsewhere in the United States.

9                    **JURISDICTION AND VENUE**

10       5.   This complaint states claims arising under the patent laws of the United

11  States.   Plaintiff Cascades asserts causes of action under 35 U.S.C. § 271 for

12  infringement of its patent.   This Court has original and exclusive subject matter

13  jurisdiction over this claim pursuant to 28 U.S.C. §§ 1331 and 1338(a).

14       6.   This Court has personal jurisdiction over the defendants pursuant to

15  Fed. R. Civ. P. 4(k)(1)(A) and California's long arm statute, Cal. Code Civ. P. §

16  410.10.

17       7.   Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and

18  1400(b).

19                        **BACKGROUND**

20       8.   Eugene Dolgoff is an instrumental figure in the development of

21  holography and video projection systems.  In 1971, Dolgoff invented a technique

22  for holographic transfer printing—a technique still used on credit cards today.

23  Throughout the 1970s and 1980s, Dolgoff consulted for industry and the military

24  and  developed  three-dimensional  X-rays,  CAT-scan,  ultrasound,  and  MRI

25  technologies.   In 1984, Dolgoff built the world's first single-panel LCD digital

26  video projector.   Dolgoff's work led to him being selected as a member of the

27  American Electronics Association High-Definition TV Task Force and the National

28  Association of Photographic Manufacturers Standards Subcommittee IT 7-3, which

-2-

1  defined the standards for fixed resolution electronic projectors.

2    9.    Among his innovations, Dolgoff developed several techniques to

3  increase the efficiency of light use in digital projection systems.  Early projection

4  systems used light inefficiently, causing significant amounts of light from a

5  projector's lamp to be wasted.  The result was a dim image, difficult to see without

6  turning off any other light sources in the room.  Furthermore, early projection

7  systems did not use light uniformly across the image—causing the image to be dim

8  around its outer edge.  Nor did they attempt to evenly disperse the color of the light

9  emanating from its light source.

10    10.    Dolgoff developed several optical techniques to increase the efficiency

11  of light use, and the uniformity of brightness and color, in digital projection

12  systems.

13    11.    Dolgoff's research led to the issuance of United States Patent No.

14  7,688,347.  The '347 patent was duly and legally issued on March 30, 2010 for an

15  invention entitled "High-Efficiency Display System Utilizing an Optical Element to

16  Reshape Light with Color and Brightness Uniformity."  A true and correct copy of

17  the '347 patent is attached hereto as Exhibit A.

18    12.    Dolgoff is the sole owner of the '347 patent.

19    13.    On September 19, 2014, Dolgoff executed an Exclusive License

20  Agreement with Cascades.  The Exclusive License Agreement granted Cascades a

21  non-revocable exclusive license with all substantial rights in the '347 patent, in

22  consideration for which, among other things, Dolgoff is entitled to receive a

23  percentage of the licensing revenues.

24    **COUNT 1 – INFRINGEMENT OF U.S. PATENT NO. 7,688,347**

25    14.    Sony has infringed and continues to infringe one or more claims of the

26  '347 patent by its manufacture, use, sale, importation, and/or offer for sale of

27  certain digital projector systems, including but not limited to Sony's SRX-R320 and

28  SRX-R515P projectors.  Sony is liable for its infringement of the '347 patent

-3-

1  pursuant to 35 U.S.C. § 271.

2  **PRAYER FOR RELIEF**

3  WHEREFORE, Plaintiff Cascades requests entry of judgment in its favor and

4  against Sony as follows:

5  a.  Declaring that Sony has infringed U.S. Patent No. 7,688,347;

6  b.  Awarding the damages arising out of Sony's infringement of U.S.

7  Patent No. 7,688,347 to Cascades, together with prejudgment and post-judgment

8  interest, in an amount according to proof;

9  c.  Awarding attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise

10  permitted by law; and

11  d.  Awarding such other costs and further relief as the Court may deem

12  just and proper.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Dated:  January 13, 2015 |
| 2 | |

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN
(Texas State Bar No. 19521000)
ssusman@susmangodfrey.com
IAN M. GORE
(New York State Bar No. 5215975)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone:  (212) 336-8330
Fax:  (212) 336-8340

EDGAR SARGENT
(Washington State Bar No. 28283)
esargent@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone:  (206) 516-3880
Fax:  (206) 516-3883

DANIEL J. KRUEGER
(Texas State Bar No. 24046244)
dan@kipatents.com
KRUEGER ISELIN LLP
P.O. Box 1906
Cypress, TX 77410
Telephone:  (281) 825-5235 Ext. 810
Fax:  (713) 568-1888


By:  */s/ Marc M. Seltzer*
      Marc M. Seltzer
      Attorneys for Plaintiff CASCADES
      PROJECTION LLC

-5-

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Cascades respectfully requests a trial by jury on all issues.


Dated:  January 13, 2015

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

STEPHEN D. SUSMAN
(Texas State Bar No. 19521000)
ssusman@susmangodfrey.com
IAN M. GORE
(New York State Bar No. 5215975)
igore@susmangodfrey.com
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone:  (212) 336-8330
Fax:  (212) 336-8340

EDGAR SARGENT
(Washington State Bar No. 28283)
esargent@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone:  (206) 516-3880
Fax:  (206) 516-3883

DANIEL J. KRUEGER
(Texas State Bar No. 24046244)
dan@kipatents.com
KRUEGER ISELIN LLP
P.O. Box 1906
Cypress, TX 77410
Telephone:  (281) 825-5235 Ext. 810
Fax:  (713) 568-1888

By:  */s/ Marc M. Seltzer*
Marc M. Seltzer
Attorneys for Plaintiff CASCADES
PROJECTION LLC

-6-

3488246v1/014268