

```
                FILED
        CLERK, U.S. DISTRICT COURT

            February 4, 2016

        CENTRAL DISTRICT OF CALIFORNIA
        BY:      VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cascades Projection LLC,

Plaintiff(s)

v.

Sony Corp of Am., Inc. et al.

Defendant(s).

CASE NUMBER

2:15-cv-00274-SJO-RZ

### ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Greenspoon, Robert P.
*Applicants Name (Last Name, First Name & Middle Initial)*

(312) 551-9500        (312) 551-9501
*Telephone Number*    *Fax Number*

rpg@fg-law.com
*E-Mail Address*

of

Flachsbart & Greenspoon LLC
333 N. Michigan Ave., 27th FL
Chicago, IL 60601

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Cascades Projection LLC (Plaintiff)

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   ☐ Defendant   ☐ Other:

**and designating as Local Counsel**

Delgado, William A.
*Designee's Name (Last Name, First Name & Middle Initial)*

222666              213-955-9240
*Designee's Cal. Bar Number*   *Telephone Number*

213-955-9250
*Fax Number*

of

Willenken Wilson Loh & Delgado LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, CA 90017

*Firm Name & Address*

wdelgado@willenken.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**XX  GRANTED CONDITIONED THAT ALL DATES SET SHALL REMAIN..**

*S. James Otero* (signature)

**Dated**  February 4, 2016

**U.S. District Judge/U.S. Magistrate Judge**